1   Law Offices of Bill LaTour
    Bill LaTour [SBN: 169758]
2           11332 Mountain View Ave., Suite C
3           Loma Linda, California 92354
            Telephone: (909) 796-4560
4           Facsimile:  (909) 796-3402
            E-Mail: Bill.latour@verizon.net
5
6
7   Attorney for Plaintiff

8                    UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  HERBERT KELLER,                     )      No.  EDCV 08-525 AJW
                                        )
11                                      )
        Plaintiff,                      )      ORDER AWARDING EAJA FEES
12      v.                              )
                                        )
13                                      )
    MICHAEL J. ASTRUE,                  )
14  COMMISSIONER OF SOCIAL              )
    SECURITY,                           )
15                                      )
16                                      )
        Defendant.                      )
17  _____    )

18
        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
        IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be
20
    awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount
21
    TWO THOUSAND FOUR HUNDRED DOLLARS and 00/cents ($2,400.00), as
22
    authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced
23
    Stipulation.
24
        DATED:  March 25, 2009          _____/s/_____
25
26                                      HON. ANDREW J. WISTRICH
                                        UNITED STATES MAGISTRATE JUDGE
27
28


                                      -1-